*Bowen, H. W. Kelly,* and *R. E. Lee Goff* for respondent.

No. 324. SMITH *v.* LAWRENCE, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. A. Grace* for petitioner. *R. H. Lawrence, pro se.*

No. 338. LOUISIANA EX REL. PIERRE *v.* JONES, GOVERNOR. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Maurice R. Woulfe* for petitioner.

No. 342. ADDISON *v.* ADDISON. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. H. Eugene Gardner* for petitioner. *William Marlborough Addison, pro se.*

No. 352. LEIMER *v.* COOK, JUDGE. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Jackson County, Missouri, denied. *Walter A. Leimer, pro se.*

No. 381. VILES *v.* SYMES ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Edmund L. Viles, pro*